

# Fischer Law, P.L.

Jason A. Fischer, Esq.
Licensed to Practice in Florida and California





March 22, 2021

**Via Federal Express Delivery (Tracking No. 773225417504)**

Clerk of Court
United States District Court
Northern District of California
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102

FILED

MAR 23 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Re:   ***In re. Noel: DMCA Subpoena***
***Commanding Production by Reddit, Inc.***
***New Miscellaneous Case Filing***

Dear Sir or Madam:

Title 17 of the United States Code, Section 512(h), specifies that any person authorized to act on behalf of a copyright holder may request the clerk of any United States district court to issue a subpoena to an online service provider for identification of an alleged infringer in accordance with the Digital Millennium Copyright Act ("DMCA").

This law firm has the privilege of representing Natasha Noel, owner of the copyrights in and to certain materials that have been infringed through use of the online services provided by Reddit, Inc. ("Reddit"). Enclosed with this letter, you will find a copy of Ms. Noel's original notice of alleged infringement to Reddit. Upon information and belief, a representative of Reddit is located within the jurisdiction of this Court who has access to the identities of the Reddit users responsible for this infringement of Ms. Noel's copyrights.

In addition to the original notice of infringement, you will also find a proposed subpoena and the required affidavit concerning use of the information sought. Pursuant to the DMCA, we respectfully request that you execute the enclosed subpoena directing Reddit's records custodian to disclose the users' identities, and then use the FedEx prepaid return label provided to return a copy of the subpoena to our offices in Miami, Florida. A check in the amount of $49.00 to cover the filing fee to open the miscellaneous case is also enclosed.

DMCA Subpoena
March 22, 2021
Page 2 of 2
_____/

      Please feel free to contact the undersigned by phone or email should you require anything more to honor this request.  Thank you in advance for your assistance with this matter.

                                        Sincerely,

                                        Jason A. Fischer

 Gmail

Jason Fischer <jason@fischerlawpl.com>

## Notice of Copyright Infringement
1 message

**Jason Fischer** <jason@fischerlawpl.com>  
To: copyright@reddit.com

Tue, Mar 9, 2021 at 1:46 PM

Dear Sir or Madam,

This firm is counsel to the popular adult performer known professionally as Natasha Noel, owner of all copyrights in and to the photos and video content published through her OnlyFans clip sharing profile/account and other social media channels.

It has come to the attention of Ms. Noel that copies of her copyrighted content have been reproduced and published on Reddit.com. This infringing content can be found on the following URLs:

- https://external-preview.redd.it/0bhHyHcHSCOalj5s1Uf-6eGGLhQ1VXsCcjpnLRUMdTs.png?width=960&crop=smart&format=pjpg&auto=webp&s=4cfd0021cf8ee8bbe20ed5d246637fa1584725b4
- https://external-preview.redd.it/8W5q7BfpgZ162qyHAV83123eZUzKhoe_ert98Bl4GqM.png?width=960&crop=smart&format=pjpg&auto=webp&s=b2912152f928824d19f688bca29e68f4d49fa39b
- https://external-preview.redd.it/aucjSuCRgf9OtM2zcrrSYWv1AcYBMW8JZn03i81dnfs.png?width=640&crop=smart&format=pjpg&auto=webp&s=8898f899dec2c994d632e4af495737e8499c185a
- https://external-preview.redd.it/By9wn0m5kNXk4bJSmdt0fEkk0E1sItc5Mcqz_x0YlAY.png?width=960&crop=smart&format=pjpg&auto=webp&s=0db243e8a1041d0c609c009b7602b27e57832059
- https://external-preview.redd.it/CNTajwexCUXSjHXa4L5S6nvvht2ZE8ePdzk6BhiWb50.png?width=640&crop=smart&format=pjpg&auto=webp&s=cbf09864bf3012a40a8826d9e8ece080201801f7
- https://external-preview.redd.it/dblOTO9CijR86mSbkus57jt3wtXYmNV0XN-HDk028OQ.png?width=640&crop=smart&format=pjpg&auto=webp&s=23e84382d7012e9cd19abec9dd7ea211d7b1fc54
- https://external-preview.redd.it/ERwwRXwhKNm6z4V7KXfwbE1HgB7WdN3AYo6vzuG9UkI.png?width=960&crop=smart&format=pjpg&auto=webp&s=f29f1c11df7af5f352cb7e223ff1172bf7bd4505
- https://external-preview.redd.it/J0TrUq7BYsyWog8U3hzWQ2JKDwi7sVDF-oYqO95u2hU.png?width=640&crop=smart&format=pjpg&auto=webp&s=fe0378d5638247c0fccc28629156a341ca7471c4
- https://external-preview.redd.it/I4FHPHGHLg9KFa__dh1jf6qthT1wiYHvdA9dZEKNKSY.png?width=640&crop=smart&format=pjpg&auto=webp&s=e8ea4d6cbc9ce9fc8695cb2c1d8dc2093771b707
- https://external-preview.redd.it/s4IsVj0dzU-YaWzqme0vgGNPEC9sevGeN57cpXT9PWg.png?width=320&crop=smart&format=pjpg&auto=webp&s=2dee304776d63718fe5713975692432a489fcc74
- https://i.redd.it/7d0fk6lqpyh61.jpg
- https://i.redd.it/9sf06a03tad61.jpg
- https://i.redd.it/9wkdcs6uw6h61.jpg
- https://preview.redd.it/0nn19z59g1l61.jpg?width=828&format=pjpg&auto=webp&s=b0d1f617b7135682f9c0694cd48b499d7eca2bd4
- https://preview.redd.it/520j3z59g1l61.jpg?width=828&format=pjpg&auto=webp&s=b99c107715550f46263d9b960222b07750bf5a52
- https://preview.redd.it/5hbq4z59g1l61.jpg?width=828&format=pjpg&auto=webp&s=23942df24f50f02d4bf0f0f3a52fbc8f45efbff3
- https://preview.redd.it/66fq0z59g1l61.jpg?width=640&crop=smart&auto=webp&s=ed961daba153fbd3d2e23dac7c88f4888e86fe34
- https://preview.redd.it/66fq0z59g1l61.jpg?width=828&format=pjpg&auto=webp&s=3032f687d93c3f5a3b01adbd1d870c7c6ec07f72
- https://preview.redd.it/7d0fk6lqpyh61.jpg?width=640&crop=smart&auto=webp&s=7fafb4815ae7d8fc9ec53ee28b6ed0d57408ac0f
- https://preview.redd.it/8mfeqy59g1l61.jpg?width=828&format=pjpg&auto=webp&s=ecbddb3ff0bd03efd5fe68dde0ea850c77358ba4
- https://preview.redd.it/8rbr6z59g1l61.jpg?width=828&format=pjpg&auto=webp&s=1f468d2979e7c8d0a54ba5e6fa17713134695735b
- https://preview.redd.it/9sf06a03tad61.jpg?width=640&crop=smart&auto=webp&s=ff15b5a36ba4d1678f311d3e1f2a2050a74ce413
- https://preview.redd.it/9v2rt069g1l61.jpg?width=826&format=pjpg&auto=webp&s=13c4d4ee4bd81d26f9e1daaa9070d674dd454731
- https://preview.redd.it/afnj1khiu4l61.jpg?width=828&format=pjpg&auto=webp&s=a8e7f6a9d72634263d5cf332073a44efddf5c6d3

https://preview.redd.it/b0wymlhiu4l61.jpg?width=828&format=pjpg&auto=webp&s=d91336e3f36f877a4c4817d689c1912cf0ac83ce
https://preview.redd.it/cp1lf069g1l61.jpg?width=828&format=pjpg&auto=webp&s=2e011a9961ab4b0d725d87ab5cbdf34128200f8b
https://preview.redd.it/dte647yjjxf61.jpg?width=828&format=pjpg&auto=webp&s=0de888e50a723430a57ff11e0728db24cc05a1a6
https://preview.redd.it/el0zxlhiu4l61.jpg?width=828&format=pjpg&auto=webp&s=85baa93136bb53da1de456da8fe66dcec4a6324a
https://preview.redd.it/fedqvghiu4l61.jpg?width=828&format=pjpg&auto=webp&s=d49f92f2712b6c7c3688a0a40be86f05d8918eb0
https://preview.redd.it/ga4otihiu4l61.jpg?width=828&format=pjpg&auto=webp&s=a9ef7721b5c73166f76981bd52df0a0b22be6277
https://preview.redd.it/hme62lhiu4l61.jpg?width=828&format=pjpg&auto=webp&s=fea8fa607b6de24b63f6e7ae7eb7cfc5ca7b2c3c
https://preview.redd.it/j41txfhiu4l61.jpg?width=828&format=pjpg&auto=webp&s=c16ae913ae865f97538db91d68b1ce1f0f35a210
https://preview.redd.it/k7037z59g1l61.jpg?width=826&format=pjpg&auto=webp&s=ee98f84325e57735fa7c8dbb7c68c1a7de89e0bf
https://preview.redd.it/l262xy59g1l61.jpg?width=828&format=pjpg&auto=webp&s=85e9f742b96311d79dfd6d4f9a3c15b3a8237958
https://preview.redd.it/let5qmhiu4l61.jpg?width=828&format=pjpg&auto=webp&s=ace9d300388879294f65c80dfbbf9d181cd8f1d4
https://preview.redd.it/m0hjkihiu4l61.jpg?width=828&format=pjpg&auto=webp&s=96186cb157a26e014390c98ec80e901c2ffaef83
https://preview.redd.it/m0tyu7yjjxf61.jpg?width=828&format=pjpg&auto=webp&s=994134473fd059caf24e91b3094296468f778ea8
https://preview.redd.it/odl83jhiu4l61.jpg?width=828&format=pjpg&auto=webp&s=0929e211c2bb77d3fe6c32c049f3bdd48a9eeb93
https://preview.redd.it/s9rejkhiu4l61.jpg?width=828&format=pjpg&auto=webp&s=5b2c45b66ee64673fde5f82cdc33ae1c0e56d230
https://preview.redd.it/tmq5d069g1l61.jpg?width=828&format=pjpg&auto=webp&s=d364bca36ac2abb129e7b7122084dd81c8182bce
https://preview.redd.it/x05nikhiu4l61.jpg?width=828&format=pjpg&auto=webp&s=95f013d333be58bd038bd99ec2886c46c4e66b64
https://www.reddit.com/r/Natashanoel/comments/kznjbx/natasha_noel/?utm_source=share&utm_medium=web2x&context=3
https://www.reddit.com/r/Natashanoel/comments/lc6660/8089/?utm_source=share&utm_medium=web2x&context=3
https://www.reddit.com/r/Natashanoel/comments/le7ziz/twitter/?utm_source=share&utm_medium=web2x&context=3
https://www.reddit.com/r/Natashanoel/comments/lroqa1/its_real_boys/?utm_source=share&utm_medium=web2x&context=3
https://www.reddit.com/r/Natashanoel/comments/lroqp9/damn/?utm_source=share&utm_medium=web2x&context=3
https://www.reddit.com/r/Natashanoel/comments/lror25/last_one_ass_fat/?utm_source=share&utm_medium=web2x&context=3
https://www.reddit.com/r/Natashanoel/comments/ltbdwa/camsoda_live_just_now/?utm_source=share&utm_medium=web2x&context=3
https://www.reddit.com/r/Natashanoel/comments/lte844/bkugjjk/?utm_source=share&utm_medium=web2x&context=3
https://www.reddit.com/r/Natashanoel/comments/lte8b1/ññkggti/?utm_source=share&utm_medium=web2x&context=3
https://www.reddit.com/r/Natashanoel/comments/lte8l2/l/?utm_source=share&utm_medium=web2x&context=3

This copyrighted material was captured from Ms. Noelle's accounts on OnlyFans (https://onlyfans.com/natashanoel), CamSoda (https://www.camsoda.com/natashanoel), and Twitter (https://twitter.com/natashanoelll) without permission and has similarly been reproduced and published on Reddit.com without permission. Accordingly, we respectfully request that you remove the above-described copyrighted materials from your site.

Please accept this communication and my statement, on behalf of Ms. Noel, as copyright owner, that I have a good-faith belief that the use of the above-described copyrighted materials is not authorized by Ms. Noel, her agent, or the law. The information in this notification is accurate, and I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of an exclusive right that is infringed. Should you require additional information, please feel free to contact me by response to this correspondence or at:

Jason A. Fischer
Fischer Law, P.L.
2 South Biscayne Blvd., Suite 2600
Miami, Florida 33131
305-306-3995


Please reply to me confirming that this material has been removed from public access.

Thank you for your attention to this matter and your anticipated cooperation.


Yours very truly,

/s/Jason A. Fischer

    By typing "/s/" followed by my name above, I hereby adopt that electronic signature as my own, pursuant to 15 U.S.C. § 7001 (the "ESIGN Act"), and affirmatively consent to its use as such.

_____
Confidentiality Notice: This communication, including attachments, contains information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

# AFFIDAVIT

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

Before me, the undersigned authority, personally appeared Jason A. Fischer, who is personally known to me, and after being duly sworn, stated:

1. My name is Jason A. Fischer.

2. On March 22, 2021, I prepared and submitted a subpoena (the "Subpoena"), pursuant to 17 U.S.C. § 512(h), to the Clerk of the U.S. District Court for the Northern District of California.

3. I do swear under penalty of perjury that the Subpoena sought is to obtain the identity of alleged copyright infringers and that such information will only be used for the purpose of protecting the copyrights of Natasha Noel.

4. I have personal knowledge of all facts set forth in this Affidavit.

5. The facts set forth in this Affidavit are true and correct.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
**JASON A. FISCHER**

**SWORN TO AND SUBSCRIBED** before me on March 22, 2021, by Jason A. Fischer, who is personally known to me.

_____
Notary Public
Print Name: COLIN DIXON

COLIN N DIXON
Notary Public - State of Florida
Commission # GG 968968
My Comm. Expires Mar 12, 2024
Bonded through National Notary Assn.